Certificate Number: 14912-CAC-DE-041029908

Bankruptcy Case Number: 26-11427



14912-CAC-DE-041029908

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 28, 2026, at 6:28 o'clock PM EDT, Roberta Bozigian completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Central District of California.

Date: May 28, 2026               By:    /s/Jai Bhatt

Name:  Jai Bhatt

Title:  Counselor